UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| ROMAINE DECLOUTTE-ZENO, | § | |
| *Plaintiff,* | § | |
| | § | |
| v. | § | 6:25-cv-00107-ADA-DTG |
| | § | |
| CALPINE POWER | § | |
| MANAGEMENT LLC, OUTAGE | § | |
| SUPPORT RESOURCE LLC, and | § | |
| JOHN TRALLER, | § | |
| *Defendants.* | § | |

**ORDER**

Before the Court is the report and recommendation of United States Magistrate Judge Derek T. Gilliland. Dkt. 40. The report and recommendation examined Plaintiff's claims and recommended the undersigned **DISMISS WITHOUT PREJUDICE** Plaintiff Romaine DeCloutte-Zeno's cause of action against Defendants for failure to prosecute her claims. Judge Gilliland issued the report and recommendation on September 9, 2025. As of the date of this order, no party has filed objections to the report and recommendation.

A party may file specific, written objections to a magistrate judge's proposed findings and recommendations within fourteen days after being served with a copy of the report and recommendation, thereby securing *de novo* review by the district court. 28 U.S.C. § 636(b)(1). When no objections are timely filed, the Court reviews the magistrate judge's report and recommendation for clear error. *See United States v. Wilson*, 864 F.2d 1219, 1221 (5th Cir. 1989).

Service is considered complete upon mailing to the last known address. Fed. R. Civ. P. 5(b)(2)(C). Other courts have relied on this when adopting a report and recommendation despite returned mail. *See AC Trust v. CarMax Auto Superstores, Inc.*, No. SA-24-CA-0984, 2025 WL 913465, at *1 n.1 (W.D. Tex. Mar. 25, 2025).

According to the CM/ECF docket sheet in this case, the certified mail sent to Plaintiff was returned by the post office marked "Return to Sender," "Not Deliverable as Addressed," and "Unable to Forward" on September 30, 2025. Dkt. 41. Plaintiff has not filed a change of address notice, so the undersigned finds that service was complete under Rule 5.

Because the parties have not filed timely objections, the Court has reviewed Judge Gilliland's report and recommendation for clear error. Having found no such error, the Court finds that the report and recommendation should be adopted.

Accordingly, the Report and Recommendation of the United States Magistrate Judge (Dkt. 40) is **ADOPTED**. Plaintiffs' cause of action is **DISMISSED WITHOUT PREJUDICE** for failure to prosecute her claims.

Accordingly, the Clerk's Office is directed to **CLOSE** this case.

**SIGNED** on November 10, 2025.

_____
ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE